# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

NICOLE R.,

*Plaintiff*

v.

ANDREW M. SAUL,
Commissioner of the Social Security Administration,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 25, 2020**

SEAN F. McAVOY, CLERK

Civil Action No.   2:20-CV-3-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Motion for Summary Judgment, ECF No. 14, is GRANTED, in part, and the matter is remanded for further proceedings consistent with this Order.
Defendant's Motion for Summary Judgment, ECF No. 16, is DENIED.
Judgment entered for the Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   ROSANNA MALOUF PETERSON   on a motion for summary judgment.

Date:  9/25/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*
Tonia Ramirez