FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE R.,[1] <br><br>  Plaintiff, <br><br>  v. <br><br> KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br>  Defendant. | No. 2:20-CV-00003-MKD <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) <br><br> **ECF Nos. 26, 30** |

Before the Court is Magistrate Judge James A. Goeke's July 11, 2022 Report and Recommendation. ECF No 30. Judge Goeke recommends the Court grant Plaintiff's Motion for attorney fees pursuant to 42 U.S.C. § 406(b). ECF No. 26. Neither party filed objections to the Report and Recommendation.

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

ORDER - 1

After reviewing the Report and Recommendation, and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 30**, is **ADOPTED** in its entirety.

2. Defendant's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b), **ECF No. 26**, is **GRANTED.**

3. The Social Security Administration shall release to Plaintiff's counsel, Mr. D. James Tree, Section 406(b) attorney fees in the amount of **$1,238.13**, and any additional funds withheld by the Social Security Administration for the payment of attorney fees shall be released to Plaintiff.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel and to Magistrate Judge Goeke, and **CLOSE** the file.

DATED September 26, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2